■ WILLIAM TOMASELLO et al., Respondents, v. FRED C. TRUMP et al., Appellants.— Motion by appellants for a stay of examinations before trial, pending appeal, granted, on condition that appellants perfect the appeal and be ready to argue or submit it at the March Term, beginning February 26, 1962;

appeal ordered on the calendar for said term. The record and appellants' brief must be served and filed on or before February 14, 1962. Ughetta, Acting P. J., Kleinfeld, Christ, Hill and Rabin, JJ., concur.